```
                                          FILED
                                    CLERK, U.S. DISTRICT COURT

                                         Oct 24, 2014

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY:      PMC       DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN GARCIA<br><br>         Plaintiff,<br><br>     vs.<br><br>SODEXO, INC. SDH SERVICES WEST, LLC, DOES 1 through 100, inclusive<br><br>         Defendants. | Case No. 14-CV-05069-SVW-SH<br><br>**ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed:   March 3, 2014<br>Trial Date:      January 20, 2015 |

The Court having reviewed the parties' Stipulation of Dismissal with Prejudice in the above-entitled action;

IT IS THEREFORE ORDERED that the case *Helen Garcia v. Sodexo, Inc., SDH Services West, LLC*, Case No. 14-CV-05069-SVW-SH is dismissed with prejudice. Each party is to bear its own respective fees and costs. All pending proceedings are vacated and no further proceedings shall take place in this action.

IT IS SO ORDERED.

*[signature]*

DATED: October 24, 2014

The Honorable Stephen V. Wilson
United States District Judge

19089488.1